FILE NO. 10660
TAMIKA N. WYCHE, ESQUIRE
WYCHE LAW GROUP, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW006502006

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ANTONETTE WALLER | : BANKRUPTCY NO. 26-20790-SLM |
| DEBTOR, | : CHAPTER 13 |
| | : SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of WYCHE LAW GROUP, LLC, as Attorney for Debtor in the above-captioned matter.

| | |
|---|---|
| /s/ Tamika N. Wyche | /s/ Antonette Waller |
| TAMIKA N. WYCHE, ESQUIRE | ANTONETTE WALLER |
| Superseding Attorney | Pro Se |

DATED: October 12, 2026