Barclays Bank Delaware/Old Navy
P.O. Box 8803
Wilmington, DE 19899

City of Rahway - Tax Collector
One City Hall Plaza
Rahway, NJ 07065

Dept of Ed/Aidvantage
1891 Metro Center Drive
Reston, VA 20190

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Midland Mortgage
PO Box 26648
Oklahoma City, OK 73126

Navy Federal Credit Union
820 Follin Ln SE
Vienna, VA 22180

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
PO Box 3700

Merrifield, VA 22119

State of New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08695

Transworld Systems Inc.
PO Box 15109
Wilmington, DE 19850

United States Attorney
970 Broad Street
7th Floor
Newark, NJ 07102

US Department of Education
PO Box 5609
Greenville, TX 75403

US Dept of HUD
26 Federal Plaza
Suite 3541
New York, NY 10278

Weltman, Weinberg & Reis Co., LPA
5475 Rings Road, Suite 200
Dublin, OH 43017