FILE NO. 10660
TAMIKA N. WYCHE, ESQUIRE
WYCHE LAW GROUP, LLC
2985 Yorkship Square, Suite 1A
Camden, New Jersey 08104
(856) 338-0411
TW 006502006

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ANTONETTE WALLER | : BANKRUPTCY NO. 26-20790-SLM |
| Debtor(s), | : CHAPTER 13 |
| | : STIPULATION OF WITHDRAWAL OF MOTION TO EXTEND TIME |

DEBTOR HEREBY withdraws the Motion to Extend Time to File Missing Documents filed under docket number 11.

DATED: October 16, 2026 Respectfully submitted,

BY:/s/ Tamika N. Wyche
TAMIKA N. WYCHE, ESQUIRE