| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Tamika N. Wyche, Esquire<br>Wyche Law Group, LLC<br>2985 Yorkship Square, Suite 1A<br>Camden, New Jersey 08104<br>(856) 338-0411<br>TW 006502006 | Case No.:<br><br>Chapter: | 26-20790<br><br>13 |
| In Re:<br><br>ANTONETTE NICOLE WALLER | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | <br><br><br><br>SLM |

## CERTIFICATION OF SERVICE

1. I, Satonya Neal :

☐ represent ________________ in the this matter.

☒ am the secretary/paralegal for Tamika N. Wyche, Esquire, who represents Antonette Nicole Waller in the this matter.

☐ am the ________________ in the this case and am representing myself.

2. On October 20, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

AMENDMENT TO LIST OF CREDITORS, ORDER RESPECTING AMENDMENT TO LIST OF CREDITORS, NOTICE OF CHAPTER 13 BANKRUPTCY CASE, CHAPTER 13 PLAN AND NOTICE OF CONFIRMATION HEARING.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 20, 2026

/s/Satonya Neal
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: Managing Agent<br>Barclays Bank Delaware/Old Navy<br>P.O. Box 8803<br>Wilmington, DE 19899 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>City of Rahway - Tax Collector<br>One City Hall Plaza<br>Rahway, NJ 07065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Dept. of Ed/Aidvantage<br>1891 Metro Center Drive<br>Reston, VA 20190 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: Managing Agent<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Creditor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Midland Mortgage<br>P.O. Box 26648<br>Oklahoma City, OK 73126 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Navy Federal Credit Union<br>820 Follin Ln SE<br>Vienna, VA 22180 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Attn: Managing Agent<br>Navy Federal Credit Union<br>P.O. Box 3700<br>Merrifield, VA 22119 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>State of NJ Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Transworld Systems Inc.<br>P.O. Box 15109<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>United States Attorney<br>970 Broad St., 7th Floor<br>Newark, NJ 07102 | Creditor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: Managing Agent<br>US Dept. of Education<br>P.O. Box 5609<br>Greenville, TX 75403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>US Dept. of HUD<br>26 Federal Plaza<br>Suite 3541<br>New York, NY 10278 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| Attn: Managing Agent<br>Weltman, Weinberg & Reis Co., LPA<br>5475 Rings Rd., Suite 200<br>Dublin, OH 43017 | Creditor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the court *) |